IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MADELEINE CONNOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:17-CV-827-RP |
| | § | |
| LEAH STEWART, | § | |
| ERIC CASTRO, and | § | |
| CHUCK MCCORMICK, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Madeleine Connor's ("Connor") emergency motion for a stay of execution to avoid the sale of her real property located at 6304 Whitemarsh Valley Walk, Travis County, Austin, Texas 78746. (Mot. Stay, Dkt. 74, at 5). Connor's previous request for a stay in Travis County District Court was denied. (*Id.* at 74; *see also* Order, Dkt. 74, at 181). Having considered Connor's motion, the record, and the relevant law, the Court will likewise deny Connor's motion.

Accordingly, **IT IS ORDERED** that Connor's emergency motion for a stay of the execution of the judgment, (Dkt. 74), is **DENIED**. Any further action to delay the execution of the judgment in this matter will result in further sanctions.

**SIGNED** on September 1, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE